**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Clinton Matthew Emberton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Danielle Leigh Emberton** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number   **18-01593-JJG**
(if known)

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Indiana Department of Revenue** | Last 4 digits of account number | $1,512.00 | $1,512.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Bankruptcy Section N-240** | When was the debt incurred? 2016 & 2017 | | | |
| | **100 N Senate** | | | | |
| | **Indianapolis, IN 46204** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
        **State Taxes**

Debtor 1 **Clinton Matthew Emberton**
Debtor 2 **Danielle Leigh Emberton**              Case number (if know) **18-01593-JJG**

| 2.2 | IRS / Dept of Treasury | Last 4 digits of account number | | $955.00 | $955.00 | $0.00 |

Priority Creditor's Name

When was the debt incurred? **2017**

**Kansas City, MO 64999-0030**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Contingent
☐ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
■ Debtor 1 and Debtor 2 only
Type of PRIORITY unsecured claim:
☐ At least one of the debtors and another
☐ Domestic support obligations
☐ Check if this claim is for a community debt
■ Taxes and certain other debts you owe the government
Is the claim subject to offset?
☐ Claims for death or personal injury while you were intoxicated
■ No
☐ Other. Specify
☐ Yes
**Tax Debt**

| 2.3 | Stephanie Vanover | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**2245 Village Crossing Dr. Apt. E**
**Greenwood, IN 46143**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Contingent
☐ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
■ Debtor 1 and Debtor 2 only
Type of PRIORITY unsecured claim:
☐ At least one of the debtors and another
■ Domestic support obligations
☐ Check if this claim is for a community debt
☐ Taxes and certain other debts you owe the government
Is the claim subject to offset?
☐ Claims for death or personal injury while you were intoxicated
■ No
☐ Other. Specify
☐ Yes

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1   **Clinton Matthew Emberton**
Debtor 2   **Danielle Leigh Emberton**                                              Case number (if know)   **18-01593-JJG**

| 4.1 | **Barclay's Bank Delaware** | Last 4 digits of account number | **6368** | **$1,516.00** |

Nonpriority Creditor's Name
**PO Box 8803**
**Wilmington, DE 19899-8803**
Number Street City State Zip Code

When was the debt incurred?   **07/14**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card / Credit Use**

---

| 4.2 | **Capital One** | Last 4 digits of account number | **0679** | **$2,113.00** |

Nonpriority Creditor's Name
**Bankruptcy Dept**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

When was the debt incurred?   **12/15**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card / Credit Use**

---

| 4.3 | **Capital One** | Last 4 digits of account number | **9516** | **$296.00** |

Nonpriority Creditor's Name
**Bankruptcy Dept**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

When was the debt incurred?   **11/17**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card / Credit Use**

Debtor 1 **Clinton Matthew Emberton**
Debtor 2 **Danielle Leigh Emberton**           Case number (if know) **18-01593-JJG**

---

**4.4** **CB/Buckle**
Nonpriority Creditor's Name
**P.O. Box 659704**
**San Antonio, TX 78265-9704**
Number Street City State Zip Code

Last 4 digits of account number **3316**

When was the debt incurred? **03/2017**

$900.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card / Credit Use**

---

**4.5** **Chase**
Nonpriority Creditor's Name
**PO Box 901076**
**Fort Worth, TX 76101**
Number Street City State Zip Code

Last 4 digits of account number

When was the debt incurred?

**Unknown**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Bank Fees**

---

**4.6** **Clarian Health**
Nonpriority Creditor's Name
**Patient Financial Services**
**PO Box 7010**
**Indianapolis, IN 46207**
Number Street City State Zip Code

Last 4 digits of account number **Mulitple accounts**

When was the debt incurred? **Mulitple Dates**

$1,000.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt**

---

Debtor 1  Clinton Matthew Emberton
Debtor 2  Danielle Leigh Emberton                                     Case number (if know)  18-01593-JJG

| 4.7 | Comcast | Last 4 digits of account number | Unknown | Unknown |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept.**
**41112 Concept Drive**
**Plymouth, MI 48170**
Number Street City State Zip Code

When was the debt incurred? **2018**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Cable Bill**

| 4.8 | Comenity Bank/VCTRSSEC | Last 4 digits of account number | Unknown | $1,000.00 |

Nonpriority Creditor's Name
**PO Box 182789**
**Columbus, OH 43218-2789**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card / Credit Use**

| 4.9 | Community Health Network | Last 4 digits of account number | Multiple Accounts | $1,000.00 |

Nonpriority Creditor's Name
**PO Box 20830**
**Indianapolis, IN 46220**
Number Street City State Zip Code

When was the debt incurred?  **Multiple Dates**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt**

Debtor 1 **Clinton Matthew Emberton**
Debtor 2 **Danielle Leigh Emberton**

Case number (if know) **18-01593-JJG**

---

| 4.10 | Community Hospital of Indiana, Inc. | Last 4 digits of account number | Multiple Accounts | $500.00 |

Nonpriority Creditor's Name
**9500 Reliable Parkway**
**Chicago, IL 60686-0095**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Multiple Medical Bills**

---

| 4.11 | Equifax | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 740256**
**Atlanta, GA 30374**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Purpose Only**

---

| 4.12 | Experian | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**701 Experian Parkway**
**Allen, TX 75013**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice Purpose Only**

---

Debtor 1 **Clinton Matthew Emberton**
Debtor 2 **Danielle Leigh Emberton**

Case number (if known) **18-01593-JJG**

---

**4.1 3**

**Financial Center Fed CU**
Nonpriority Creditor's Name
**PO Box 26501**
**Indianapolis, IN 46226**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **4000**

When was the debt incurred? **9/17**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card / Credit Use**

**$1,948.00**

---

**4.1 4**

**Hartshire Lakes**
Nonpriority Creditor's Name
**3170 Hartshire South Drive**
**Bargersville, IN 46106**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Rental Fees**

**Unknown**

---

**4.1 5**

**HealthNet Inc.**
Nonpriority Creditor's Name
**3403 E. Raymond Street**
**Indianapolis, IN 46203**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **3228**

When was the debt incurred? **01/13**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt**

**$133.00**

---

Debtor 1　**Clinton Matthew Emberton**
Debtor 2　**Danielle Leigh Emberton**　　　　　　　　　　　Case number (if know)　**18-01593-JJG**

### 4.16　IMC Credit Services

Nonpriority Creditor's Name
**6955 Hillsdale Ct.**
**Indianapolis, IN 46250**
Number Street City State Zip Code

Last 4 digits of account number　**3228**　　　　　　　　**$133.00**
When was the debt incurred?　**01/13**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Collection Account - Healthnet Inc.**

### 4.17　Indiana Farm Bureau

Nonpriority Creditor's Name
**Attn: Correspondence Dept.**
**225 S. East St.**
**Indianapolis, IN 46202**
Number Street City State Zip Code

Last 4 digits of account number　**1754**　　　　　　　　**$0.00**
When was the debt incurred?　**2008**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Lawsuit**

### 4.18　IU Health

Nonpriority Creditor's Name
**1701 N. Senate**
**Indianapolis, IN 46202**
Number Street City State Zip Code

Last 4 digits of account number　**Multiple Accounts**　　　　　　　　**$500.00**
When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Multiple Medical Bills**

Debtor 1　**Clinton Matthew Emberton**
Debtor 2　**Danielle Leigh Emberton**　　　　　　　　　　　　　　　Case number (if know)　**18-01593-JJG**

---

**4.19**

| | | |
|---|---|---|
| **Lloyd & McDaniel, PLC** | Last 4 digits of account number　**0564** | $0.00 |
| Nonpriority Creditor's Name | | |
| PO Box 23200 | When was the debt incurred?　**2010** | |
| Louisville, KY 40223 | | |

Number Street City State Zip Code　　　As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only　　　　　　　　　　　☐ Contingent
- ☐ Debtor 2 only　　　　　　　　　　　☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only　　　　☐ Disputed
- ☐ At least one of the debtors and another　　Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community debt　　☐ Student loans
  
Is the claim subject to offset?　　☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No　　☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes　　■ Other. Specify　**Notice Purpose Only**

---

**4.20**

| | | |
|---|---|---|
| **National Credit Systems** | Last 4 digits of account number　**5214** | $0.00 |
| Nonpriority Creditor's Name | | |
| 3800 Camp Creek Pkwy B18 | When was the debt incurred?　**11/11** | |
| Atlanta, GA 30331 | | |

Number Street City State Zip Code　　　As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ■ Debtor 1 only　　　　　　　　　　　☐ Contingent
- ☐ Debtor 2 only　　　　　　　　　　　☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only　　　　☐ Disputed
- ☐ At least one of the debtors and another　　Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community debt　　☐ Student loans

Is the claim subject to offset?　　☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No　　☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes　　■ Other. Specify　**Collection Account - Sure Deposit Honey Creek**

---

**4.21**

| | | |
|---|---|---|
| **Nuvell Credit** | Last 4 digits of account number　**0564** | $0.00 |
| Nonpriority Creditor's Name | | |
| PO Box 380901 | When was the debt incurred?　**2010** | |
| Minneapolis, MN 55438 | | |

Number Street City State Zip Code　　　As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only　　　　　　　　　　　☐ Contingent
- ☐ Debtor 2 only　　　　　　　　　　　☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only　　　　☐ Disputed
- ☐ At least one of the debtors and another　　Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a community debt　　☐ Student loans

Is the claim subject to offset?　　☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No　　☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes　　■ Other. Specify　**Lawsuit**

---

Debtor 1 **Clinton Matthew Emberton**
Debtor 2 **Danielle Leigh Emberton**

Case number (if know) **18-01593-JJG**

---

### 4.2 | 2

**Perserverance Pest Control**
Nonpriority Creditor's Name
2441 Production Drive Suite 107
Indianapolis, IN 46241
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **Unknown**

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Services Rendered**

**$300.00**

---

### 4.2 | 3

**Sharkninja C/O Hoover's Inc.**
Nonpriority Creditor's Name
7700 West Parmer Lane, Building A
Austin, TX 78729
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Debt Owed**

**$235.00**

---

### 4.2 | 4

**Sprint Nextel**
Nonpriority Creditor's Name
Attn: Bankruptcy
P.O. Box 7949
Overland Park, KS 66207
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **Unknown**

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Cell Phone Bill**

**$600.00**

---

Debtor 1 **Clinton Matthew Emberton**
Debtor 2 **Danielle Leigh Emberton**　　　　　　　　　　　　Case number (if know) **18-01593-JJG**

---

**4.2 5**

**Stone Lake Lodge Apartments**
Nonpriority Creditor's Name
**2913 E. Hanna Avenue**
**Indianapolis, IN 46227**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____　　　　　　　$0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Purpose Only**

---

**4.2 6**

**Sure Deposit - Honey Creek Apartments**
Nonpriority Creditor's Name
**1786 Honey Lane**
**Greenwood, IN 46143**
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **5214**　　　　　　　$0.00

When was the debt incurred? **11/11**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Rental Fees**

---

**4.2 7**

**SYNCB/ Care Credit**
Nonpriority Creditor's Name
**PO Box 965036**
**Orlando, FL 32896-5061**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **6952**　　　　　　　$1,146.00

When was the debt incurred? **11/16**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card / Credit Use**

---

Debtor 1　**Clinton Matthew Emberton**
Debtor 2　**Danielle Leigh Emberton**　　　　　　　　　　　Case number (if know)　**18-01593-JJG**

---

**4.28**　**SYNCB/ Sam's Club**
Nonpriority Creditor's Name
PO Box 965005
Orlando, FL 32896
Number Street City State Zip Code

Last 4 digits of account number　**0239**
When was the debt incurred?　**09/16**

$280.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Credit Card / Credit Use**

---

**4.29**　**T-Mobile**
Nonpriority Creditor's Name
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410
Number Street City State Zip Code

Last 4 digits of account number　**Unknown**
When was the debt incurred?　**2017**

$600.00

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Cell Phone Bill**

---

**4.30**　**Teachers Credit Union**
Nonpriority Creditor's Name
4705 S Emerson Ave
Indianapolis, IN 46203
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred?

$100.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify　**Bank Fees**

---

Debtor 1  **Clinton Matthew Emberton**
Debtor 2  **Danielle Leigh Emberton**

Case number (if know)  **18-01593-JJG**

### 4.3.1  Trans Union

Nonpriority Creditor's Name
**PO Box 1000**
**Crum Lynne, PA 19022**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number ____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Notice Purpose Only**

$0.00

### 4.3.2  Van Valer Law Firm, LLP

Nonpriority Creditor's Name
**225 S. Emerson Ave.**
**Suite 181**
**Greenwood, IN 46143**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number ____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Account - Hartshire Lakes Apts**

Unknown

### 4.3.3  Verizon Wireless

Nonpriority Creditor's Name
**Bankruptcy Administration**
**500 Technology Dr. Ste. 550**
**Weldon Spring, MO 63304**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **Unknown**

When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Cell Phone Bill**

$300.00

Debtor 1 **Clinton Matthew Emberton**
Debtor 2 **Danielle Leigh Emberton**

Case number (if know) **18-01593-JJG**

---

**4.3 4**

**Victoria's Secret**
Nonpriority Creditor's Name
POB 659728
San Antonio, TX 78265-9728
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____     $500.00

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card / Credit Use**

---

**4.3 5**

**Zales/Citibank (South Dakota)**
Nonpriority Creditor's Name
P.O. Box 6497
Sioux Falls, SD 57117-6497
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number **3135**     $0.00

When was the debt incurred? **09/14**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Purpose Only**

---

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Barclay's Bank of Delaware**
**125 S. West St.**
**Wilmington, DE 19801**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**Ascension Capital Group, Inc.**
**PO Box 201347**
**Arlington, TX 76006**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**P.O. Box 30281**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims

---

| Debtor 1 | Clinton Matthew Emberton | | Case number (if know) | 18-01593-JJG |
|---|---|---|---|---|
| Debtor 2 | Danielle Leigh Emberton | | | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Ascension Capital Group, Inc.<br>PO Box 201347<br>Arlington, TX 76006 | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Comenity - Victoria's Secret (PINK)<br>Attn: Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218-2125 | Line **4.8** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Comenity Bank/Victoria's Secret<br>PO Box 182273<br>Columbus, OH 43218 | Line **4.8** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Financial Center Federal Credit Union<br>7101 East 56th St.<br>Indianapolis, IN 46226 | Line **4.13** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Haacker Law Office LLC<br>P.O. Box 1126<br>Shelbyville, IN 46176 | Line **4.17** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 1754 |
| Haacker Law Office LLC<br>406 South Harrison Street<br>Shelbyville, IN 46176 | Line **4.17** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 1754 |
| Indiana Department of Revenue<br>PO Box 0595<br>Indianapolis, IN 46206-0595 | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Indiana Department of Revenue<br>PO Box 1028<br>Indianapolis, IN 46206 | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Indiana Department of Revenue<br>Indiana Govt. Center North<br>Room N248<br>Indianapolis, IN 46204 | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Indiana Department of Revenue<br>PO Box 1674<br>Indianapolis, IN 46206 | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |

Debtor 1  **Clinton Matthew Emberton**
Debtor 2  **Danielle Leigh Emberton**

Case number (if know)  **18-01593-JJG**

| | | |
|---|---|---|
| **Indiana Department of Revenue**<br>**Collection Division**<br>**P.O. Box 595**<br>**Indianapolis, IN 46206** | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Indiana Department of Revenue**<br>**Collection Division**<br>**P.O. Box 1924**<br>**Indianapolis, IN 46206** | Line **2.1** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Johnson Superior Court 1**<br>**Main Courthouse - 3rd Floor**<br>**5 E. Jefferson St**<br>**Franklin, IN 46131** | Line **4.14** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 3710 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Lloyd & McDaniel, PLC**<br>**PO Box 23200**<br>**Louisville, KY 40223** | Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0564 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Morgan County Superior Court**<br>**180 S Main St**<br>**Martinsville, IN 46151** | Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0564 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Morgan County Superior Court**<br>**180 S Main St**<br>**Martinsville, IN 46151** | Line **4.17** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 1754 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **National Credit Systems**<br>**3600 Camp Creek Systems**<br>**Atlanta, GA 30331** | Line **4.26** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **National Credit Systems**<br>**3750 Naturally Fresh Blvd.**<br>**Atlanta, GA 30349** | Line **4.26** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **National Credit Systems Inc.**<br>**PO Box 312125**<br>**Atlanta, GA 31131-2125** | Line **4.26** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Riley**<br>**702 N Barnhill**<br>**Indianapolis, IN 46202** | Line **4.6** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **SYNCB/ Sams Club**<br>**PO Box 965036**<br>**Orlando, FL 32896-5036** | Line **4.28** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| Debtor 1 | Clinton Matthew Emberton | | |
|---|---|---|---|
| Debtor 2 | Danielle Leigh Emberton | Case number (if know) | 18-01593-JJG |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Synchrony Bank Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Line **4.28** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Synchrony Bank Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Line **4.27** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Synchrony Bank Bankruptcy Dept.<br>PO Box 965061<br>Orlando, FL 32896-5061 | Line **4.27** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Van Valer Law Firm, LLP<br>225 S. Emerson Ave.<br>Suite 181<br>Greenwood, IN 46143 | Line **4.14** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 3710 |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 2,467.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **2,467.00** |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 15,100.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **15,100.00** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLINTON MATTHEW EMBERTON, ) | Case No. 18-01593 |
| DANIELLE LEIGH EMBERTON ) | |
| ) | |
| Debtor(s), ) | |

## NOTICE TO ADDED CREDITORS

**PLEASE TAKE NOTICE THAT** you have been added as a creditor in this bankruptcy case. The following documents are provided with this notice:

- Notice of meeting of creditors with applicable deadlines is being sent with Debtor(s) full social security number.
- Amended Schedule F

/s/**Jennifer F. Asbury**
Jennifer F. Asbury
John Steinkamp and Associates
5214 S. East Street, Ste. D-1
Indianapolis, IN 46227
(317) 780-8300

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Clinton Matthew Emberton**
      **Danielle Leigh Emberton**
                                    Debtor(s)

Case No. **18-01593-JJG**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 2, 2018**, a copy of ___ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Comcast
Attn: Bankruptcy Dept.
41112 Concept Drive
Plymouth, MI 48170

/s/ Jennifer F. Asbury
Jennifer F. Asbury 31307-06
Law Office of John T. Steinkamp
5214 South East St.
Suite D1
Indianapolis, IN 46227
317-780-8300 Fax:317-217-1320
steinkamplaw@yahoo.com

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Clinton Matthew Emberton** | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Danielle Leigh Emberton** | |
| (Spouse if, filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA | |
| Case number (if known) | 18-01593-JJG | |

■ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Clinton Matthew Emberton          X  /s/ Danielle Leigh Emberton
   **Clinton Matthew Emberton**              **Danielle Leigh Emberton**
   Signature of Debtor 1                     Signature of Debtor 2

   Date    May 2, 2018                       Date    May 2, 2018